ACCEPTED
12-15-00076-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/17/2015 5:37:23 PM
CATHY LUSK
CLERK

# IN THE COURT OF APPEALS
## TWELFTH APPELLATE DIVISION
## STATE OF TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/17/2015 5:37:23 PM
CATHY S. LUSK
Clerk

**KADERTRIC LATEROIN CARAWAY,** §
    APPELLANT      §
     §
     §
v.      §    **No. 12-15-00076-CR**
     §
**THE STATE OF TEXAS,** §
    APPELLEE      §

## AMENDED MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Movant, Dean Watts, court appointed attorney on appeal for the above referenced Appellant, pursuant to ***Anders v. California***, 386 U.S. 738 (1967), and hereby files this Motion to Withdraw and for good cause shows this Honorable Court the following:

### I. FACTS

1. On January 22, 2015, the Appellant pled guilty to the court for the offense of burglary of a building.

2. On March 25, 2015, the court sentenced the Appellant to 24 months confinement in state jail.

3. On March 26, 2015, the Appellant timely filed a notice of appeal.

4. After a careful examination of the record, Counsel finds there are no arguable grounds to support an appeal.

### II. ARGUMENT

5. In accordance with the requirements of ***Anders v. California***, 386 U.S. 738 (1967), counsel for Appellant requests this Court to allow him to withdraw.

6. Counsel for Appellant has forward to Appellant a copy of the Ander's brief and has informed Appellant of his rights. Attached hereto and incorporated herein by reference is Exhibit "A", the letter sent to the Appellant along with his copy of the Anders brief,

detailing his rights hereunder.

7. Good cause exists to relieve counsel for Appellant from his representation of him. Specifically, Counsel for Appellant can find no arguable grounds to support an appeal and finds that any issue brought forth would be without merit and frivolous.

### III. PRAYER

WHEREFORE, PREMISES CONSIDERED, Counsel for Appellant prays that this Honorable Court grant his Motion to Withdraw without harm to the rights of the Appellant, guaranteed by the United States Constitution and the Constitution of Texas.

Respectfully submitted,

Dean Watts
Attorney for Appellant
SBN #24003143
120 East Pilar Street
Nacogdoches, Texas 75961
(936) 559-9288
Fax (936) 559-0959

### CERTIFICATE OF SERVICE

As Attorney of Record for the Appellant, I do hereby certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State at 101 West Main Street, #250, Nacogdoches, Texas 75961 on 6-18-15.

Attorney for Appellant

### CERTIFICATE OF SERVICE

As Attorney of Record for the Appellant, I do hereby certify that a true and correct copy of the above and foregoing document was on this date mailed to the Appellant at Bradshaw State Jail PO Box 9000 Henderson, Texas 75653-9000 on 6-18-15.

Attorney for Appellant

EXHIBIT "A"

# Dean Watts
## Attorney at Law
120 East Pilar Street
Nacogdoches, Texas 75961

(936) 559-9288
Fax (936) 559-0959

Board Certified- Criminal Law
Texas Board of Legal Specialization

June 17, 2015

Kadertric Lateroin Caraway
TDCJ #01987955
Bradshaw State Jail
PO Box 9000
Henderson, Texas 75653-9000

RE: Kadertric Lateroin Caraway vs. The State of Texas: Cause Number 12-15-00076-CR

Dear Mr. Caraway,

As discussed in my enclosed brief, an appeal is based solely on the transcripts and exhibits offered into evidence during trial. In order to preserve a claim for the purpose of appeal, certain procedures must be followed during the trial, otherwise no record exists for them. The brief will then address areas which the appellate court might correct upon their review of the record, which again means the entire transcript of the trial.

In your trial, you pled guilty to theft. Therefore, there were no issues to appeal regarding the guilt/innocence phase of trial. At your punishment hearing, there were no substantive errors that would warrant a reversal. I know that you may not be happy with the punishment in your case, but it was within the legal range of punishment.

I can only make arguments on issues which are supported by law. Unfortunately, I couldn't find any evidence from the record of trial to support an appeal. In circumstances like this, I must withdraw from representing you by filing an Anders brief. The reasons and case law to support this conclusion are outlined in the accompanying brief.

However, you still have a right to appeal your case. You can review the record and trial transcript. You can file your own brief, or you can hire another attorney to file your brief. You have 30 days from the date the Court of Appeals files this Anders brief (generally 30 days from the date the brief was submitted) or you can request for additional time to file your brief. **If you want to file your own brief, you should contact the 12th Court of Appeals 1517 West Front Street Suite 354 Tyler, Texas 75702 immediately to ask for an extension of time to file your own brief.**

If you chose to file the brief yourself, you must notify the trial judge of your intent to do so, and tell him you would like to examine the transcript and clerk's record. You may address this request to : Judge Cambell Cox, 145th District Court, 101 West Main Street, Room 220, Nacogdoches, Texas 75961.

**Please be advised that if you file a pro se brief with the Court of Appeals and your case is affirmed, you have a right to file a petition for discretionary review with the Court of Criminal Appeals in Austin. You must do so within 30 days after the Court of Appeals denies relief for your pro se brief, if you file one, and if your conviction is affirmed. The address for the Court of Criminal Appeals is PO Box 12308, Austin, Texas 78711.**

I hope this has been of some help to you. I wish you the best of luck with your case.

Best regards,

Dean Watts
Attorney at Law